
RECEIVED
JUN 0 1 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| JAMES LAWRENCE SOILEAU<br>LA. DOC #96769<br>VS. | CIVIL ACTION NO. 6:12-cv-0368<br><br>SECTION P<br><br>JUDGE RICHARD T. HAIK, SR. |
| WARDEN STEVE RADER | MAGISTRATE JUDGE PATRICK J. HANNA |

## J U D G M E N T

For the reasons contained in the Report and Recommendation and Supplemental Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that petitioner's second and successive Application for Writ of *Habeas Corpus* be transferred to the United States Fifth Circuit Court of Appeals in accordance with 28 U.S.C. § 2244(b)(3) for further proceedings by that Court.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this ___ day of _____, 2012.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE